**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SANDLY DIEUJUSTE,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden at Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-05110-RBM-VET

**ORDER SETTING HEARING REGARDING PETITIONER'S COUNSELS' MULTIPLE FAILURES TO FILE STATUS REPORT**

Before the Court is Petitioner Sandly Dieujuste's ("Petitioner") Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) Petitioner filed two Petitions through two different sets of counsel. (*See* Doc. 4 at 1.) As discussed in the Court's previous Order consolidating those cases, Petitioner may not maintain duplicative habeas actions challenging the same immigration detention. (*Id.* at 2.) Therefore, the Court vacated the briefing schedules and "**ORDER[ED]** both sets of Petitioner's counsel to meet and confer and file a **STATUS REPORT** on or before **September 17, 2026**. (*Id.* at 2–3 (emphasis in original).) The Status Report was intended to "indicate how Petitioner would like to proceed, and whether / when he intends to file an amended petition." (*Id.* at 3.) The Court also docketed its Order in both cases to ensure that both sets of Petitioner's counsel would be notified.

On September 18, 2026, the Court issued an Order to Show Cause because Petitioner's counsels had not filed the required status report. (Doc. 5.) The Court explained that Petitioner's counsels may show cause "by filing the Status Report they were initially ordered to file on or before **September 22, 2026 at 4:30 p.m.**, and that if they "again failed the comply, the Court will set a hearing and require their in-person attendance." (*Id.* at 1–2 (emphasis in original).)

On September 18, 2026, one of Petitioner's counsels, Alejandro Monsalve, filed an Ex Parte Motion for Nunc Pro Tunc Extension of Time to File Status Report, indicating that he had "personally met with Petitioner at the Otay Mesa Detention Center" and had attempted to contact Petitioner's other counsel. (Doc. 6 at 1–2.) Monsalve explained that "[d]espite these efforts, counsel requires additional time to coordinate with Petitioner's other counsel, clarify the representation issue, confirm Petitioner's wishes, and accurately advise the Court how Petitioner wishes to proceed and whether an amended petition will be filed." (*Id.* at 2.)

Petitioner's counsels again missed their deadline to file the required status report. Accordingly, the Court **SETS** a **STATUS HEARING** for **Friday, September 25, 2026 at 11:30 a.m.** in Courtroom 5B of the Edward J. Schwartz United States Courthouse. Petitioner's counsels **MUST APPEAR IN PERSON**. Respondents' counsel may appear remotely using the following credentials:

https://casd-uscourts-gov.zoomgov.com/j/1619555647?pwd=gNwCaDHgK3dPfu9ZcK670chiyFH6Fp.1

Meeting ID: 161 955 5647

Passcode: 2025

**IT IS SO ORDERED.**

Dated: September 23, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE